# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

**VIA ECF**

March 30, 2020

Judge J. Paul Oetken
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Joao Corcino**
                  **19 Cr 190**

Dear Judge Oetken,

    I represent Joao Corcino, the defendant in the above-referenced case. On Friday, March 27th, 2020, this Court signed an Order (the "March 27th Order") granting Mr. Corcino pre-trial compassionate release, in light of his age, health, and susceptibility to COVID-19. In the March 27th Order, the Court granted authorization for Mr. Corcino to be released upon his own signature, to third-party custodian James Alves, and upon the arrangement of location monitoring as directed by Pretrial Services.

    However, the increased medical severity presented by COVID-19 has led Pre-trial Services to suspend electronic or location monitoring. Therefore, I request that the Court amend the March 27th Order to allow Mr. Corcino to be immediately released by the Bureau of Prisons today, Monday, March 30, 2020, without signature. Within 3 hours of release, Mr. Corcino will electronically sign the bond, as procedurally set by the Southern District of New York. Mr. Corcino will be released to third-party custodian James Alves and will reside with him at 385 Park Ave., Weehawken, NJ 07086. Mr. Corcino will be monitored consistent with how Pretrial determines is best. All other conditions of the initial March 27th Order shall remain in place.

    Accordingly, we request, consistent with the above terms, that the Court order the release of Mr. Corcino immediately.

I have communicated with AUSA Daniel Nessim, who consents to this amendment, in light of the decision by Pretrial. I have also spoken with Pretrial Officer John Moscato, who recommended this amendment.

Respectfully submitted,

/s/

Patrick J. Joyce
70 Lafayette St., 2nd Fl.
New York, NY 10013
(212) 285-2299

cc:    Daniel George Nessim, Esq. AUSA (via email)