# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

*VIA ECF*

April 14, 2020

Judge J. Paul Oetken
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:  U.S. v. Corcino, Request for Adjournment of Conference
     19-cr-00901

Dear Judge Oetken:

I am the attorney for Joao Corcino, the defendant in the above-captioned case. Mr. Corcino is scheduled for a pretrial conference on Friday, April 17, 2020 at 1:30 a.m. In light of the continuing circumstances surrounding the COVID-19 pandemic, I respectfully request an adjournment of this conference to a time convenient for the Court during the first week of June, 2020. I have spoken to AUSA Daniel Nessim, who consents to this adjournment. The defense consents to the exclusion of time for the purposes of speedy trial.

Granted.  The conference is adjourned to June 5, 2020, at 10:00 am.  Time is excluded through June 5, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
   So ordered.
   April 14, 2020

Respectfully submitted,

/s/ Patrick Joyce
Patrick J. Joyce
Attorney for Defendant Joao Corcino
70 Lafayette Street – 2nd Floor
New York, New York 10013

_____
J. PAUL OETKEN
United States District Judge