# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

**VIA ECF**

May 4, 2020

Judge J. Paul Oetken
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Joao Corcino**
    **19 Cr 190**

Dear Judge Oetken,

    I represent Joao Corcino, the defendant in the above-referenced case. On March 30th, 2020, the Court signed an order (the "March 30th Order") granting Mr. Corcino pre-trial release upon his own signature to third-party custodian James Alves and upon the arrangement of location monitoring, as directed by Pretrial Services.

    However, because of the medical emergency presented by COVID-19 and a shortened supply of equipment as a result, Pre-trial Services has limited electronic or location monitoring to high-risk defendants. Pre-trial has determined that location monitoring will not be necessary for Mr. Corcino. Further, because of Mr. Corcino's health, any attempt to outfit him or his residence for location monitoring will put Mr. Corcino in contact with possible carriers of the coronavirus, and unnecessarily risk his health. I, therefore, request that the Court amend the March 30th Order to eliminate the conditions on his bail imposing location monitoring and a curfew (as Pretrial will not be able to monitor compliance with a curfew without location monitoring). All other conditions of the March 30th Order shall remain in place. Pre-trial Services Officer, Shawn Bostic reported that Pretrial Services has no objections to this amendment, and our office spoke with AUSA Daniel Nessim who consents to the amendment.

Respectfully submitted,

*/s/ Patrick J. Joyce*
Patrick J. Joyce

cc:     Daniel George Nessim, Esq. AUSA (via email)

1