# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

**VIA ECF**

May 21, 2020

Honorable J. Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

      Re:   <u>USA v. Joao Corcino</u>
            19-Cr. 901(JPO)

Dear Judge Oetken,

    I am the attorney for the defendant in the above captioned case. Presently, the court has scheduled a conference for June 5, 2020. As the court is aware, it is highly unlikely that the parties will be permitted to appear in person any time soon. Therefore, I request that the conference scheduled for June 5, 2020 be adjourned until anytime convenient with the court, during the week of August 10, 2020. I have conferred with AUSA Daniel Nessim who consents to this request. I waive any objection regarding my clients Speedy Trial rights, as I am asking for the adjournment, the adjournment is necessary under the present pandemic circumstances, my client is not incarcerated, and the time can be used to further review discovery and negotiate with the Government.

Respectfully submitted,

Patrick Joyce

> Granted. The June 5, 2020 pretrial conference is hereby adjourned to August 11, 2020, at 12:00 p.m. Time is excluded through August 11, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So Ordered: 5/22/2020

_____
J. PAUL OETKEN
United States District Judge