# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

July 17, 2020

Honorable J. Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

      Re: <u>USA v. Joao Corcino</u>
      19-Cr. 901(JPO)

Dear Judge Oetken,

    I am the attorney for the defendant, Joao Corcino, in the above-captioned case. Presently, Mr. Corcino is scheduled for a conference on August 11, 2020, before Your Honor. The Government and counsel for Mr. Corcino are in the midst of negotiations, and therefore request an adjournment of the August 11th court appearance so that all parties may appear in person before Your Honor when the courts reopen. By way of this letter, I respectfully request that Mr. Corcino's next appearance be adjourned to a time convenient for the Court after September 15, 2020. On that date, the defense requests a status conference to determine the motions.

    I have conferred with AUSA Daniel Nessim who consents to this request. The defendant also consents to the exclusion of time for speedy trial purposes.

    This is the defense's third request for adjournment filed—all other requests were granted by this Court.

                                                              Respectfully submitted,

                                                              Patrick J. Joyce

1

Counsel for Defendant
70 Lafayette St., 2nd Fl.
New York, NY 10013
(212) 285-2299

CC:   Daniel Nessim, AUSA *via ECF*

> Granted.  The August 11, 2020 hearing is hereby adjourned to September 25, 2020, at 11:00 a.m.  The Court excludes time through September 25, 2020, under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   July 22, 2020

_____
J. PAUL OETKEN
United States District Judge