# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

September 15, 2020

Honorable J. Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

    Re:    USA v. Joao Corcino
              19-Cr. 901 (JPO)

Dear Judge Oetken,

    I am the attorney for the above-named defendant. Presently, this case is scheduled for a hearing on September 25, 2020. I am requesting that the court adjourn the case for a date convenient with the court into the month of November. I have had numerous conversations with AUSA Nessim regarding a possible disposition of the case, which will involve a safety valve proffer. Obviously, the restrictions on in person meetings has made it difficult to arrange that conference. Therefore, I am asking that the court permit us to finalize our negotiations before moving to the next phase of litigation.

    I have a CJA duty scheduled on November 23, 2020. I am requesting that the court adjourn the scheduled hearing to a date convenient with the court in the month of November, except for September 23. I have spoken to AUSA Daniel Nessim regarding this request, and the Government consents. I do not object to the court's

1

exclusion of time under the Speedy Trial Act, from September 25, 2020 up to and including the date the court chooses for the next hearing date.

Respectfully submitted,

Patrick Joyce

Cc: AUSA Nessim (*via ecf*)

> Granted.
> The September 25, 2020 status conference is hereby adjourned to November 2, 2020, at 10:00 a.m.
> The Court excludes time through November 2, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> September 16, 2020

_____
J. PAUL OETKEN
United States District Judge

2