

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joao Corcino*, 19 Cr. 901 (JPO)

Dear Judge Oetken:

    The Court recently adjourned a hearing in the above-captioned case to March 18, 2021. In an abundance of caution, the Government respectfully moves, with the consent of the defendant, for exclusion of time under the Speedy Trial Act through March 18, 2021. *See* 18 U.S.C. § 3161(h)(7)(A). This exclusion would be in the interests of justice as it would allow the parties time to prepare for the hearing and to conduct discussions concerning a possible disposition of this matter.

> Granted.
> Time is excluded through March 18, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> January 15, 2021

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:     /s/
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

_____
J. PAUL OETKEN
United States District Judge