# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:

658 Ridgewood Road
Maplewood, NJ 07040

Tuesday, March 3, 2021

Honorable J. Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

Re:  **United States v. Joao Corcino**
     **19-cr-901 (JPO)**

Dear Judge Oetken,

    I am the attorney for the above-named defendant, Mr. Joao Corcino. Presently, this case is scheduled for a hearing on March 18, 2021. I am requesting that the Court adjourn the case for a 60-day adjournment to allow the Government and the defense to continue plea negotiations, which we believe will be fruitful. This is the defendant's sixth request for an adjournment. All previous requests have been granted. The Government, through AUSA Daniel Nessim, consents to the request of a 60-day adjournment.

    I do not object to the Court's exclusion of time under the Speedy Trial Act, from March 18, 2021 up to and including the date the Court chooses for the next hearing date.

> Granted.  The March 18, 2021 hearing is adjourned to May 21, 2021, at 10:30 am.  The Court hereby excludes time through May 21, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  3/2/2021

Respectfully submitted,

/s/
Patrick J. Joyce
70 Lafayette St., 2nd Fl.
New York, NY 10013
(212) 285-2299

_____
J. PAUL OETKEN
United States District Judge

1