# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-271

May 11, 2021

Honorable J. Paul Oetken
United States District Court Judge
40 Foley Square
New York, New York 10013

>Re: <u>USA v. Joao Corcino</u>
>19-Cr. 901 (JPO)

Dear Judge Oetken,

    I am the attorney for the above-named defendant. Presently, this case is scheduled for a suppression hearing on May 21, 2021. I will not be prepared to go forward on that date, as an essential witness is unavailable. I am requesting that the court adjourn the case until June 30, 2021. It is anticipated that an in-person hearing will take place on that date.

    I have consulted with AUSA Nessim and he consents to this request. I do not object to the court's exclusion of time under the Speedy Trial Act, from May 21, 2021 up to and including June 30, 2021.

Respectfully submitted,

/s/ Patrick Joyce
Patrick Joyce

Cc: AUSA Nessim (*via ecf*)

---

Granted. The suppression hearing is adjourned to June 30, 2021, at 2:00 pm.
    The Court hereby excludes time through June 30, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
    So ordered.
    Dated May 11, 2021

/s/ J. Paul Oetken
J. PAUL OETKEN
United States District Judge