

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 26, 2021

BY ECF

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Joao Corcino, 19 Cr. 901 (JPO)

Dear Judge Oetken:

A suppression hearing in the above-captioned case is currently scheduled for June 30, 2021. Based on conflicts with the Government witnesses', parties', and Court's calendar, the Government respectfully requests, with the consent of the defendant, that the hearing be adjourned to August 4, 2021, a time the Government understands the Court is available. The Government further moves, with the consent of the defendant, that time be excluded under the Speedy Trial Act through the hearing date. Such an adjournment would be in the interests of justice, as it would allow the parties time to prepare for the hearing and to continue discussions concerning a possible disposition of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

Granted. The evidentiary hearing is adjourned to August 4, 2021, at 2:00 p.m. The Court hereby excludes time through August 4, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered.
May 27, 2021

_____
J. PAUL OETKEN
United States District Judge