UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           -v-                                      19-CR-901 (JPO)

JOAO CORCINO,                       ORDER

                         Defendant.

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for January 31, 2022, is hereby adjourned to February 8, 2022.  This case is the second-priority case for jury selection on February 8, 2022, behind 20-CR-130, meaning that this case will go forward if trial in 20-CR-130 is adjourned. The final pretrial conference will be held on February 4, 2022, at 2:00 p.m.  The parties shall submit a joint pretrial order, proposed jury instructions, any motions in limine, and any other pretrial filings on or before January 21, 2022.  Responses to any motions in limine are due January 28, 2022.

       SO ORDERED.

Dated: January 5, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge