

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joao Corcino*, 19 Cr. 901 (JPO)

Dear Judge Oetken:

    The defendant's sentencing is currently scheduled for Tuesday, August 30, 2022. Because I am currently scheduled to be out of the office on August 30, 2022, the Government respectfully requests that the sentencing be adjourned to the week following Labor Day. Based on communications with defense counsel, I understand that he is available on September 6, 2022 or September 7, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:       /s/      
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

> Granted. Sentencing in this case is hereby adjourned to Wednesday, September 7, 2022, at 4:30 p.m.
> So ordered.
> 8/25/2022

*J. PAUL OETKEN*
*United States District Judge*